SANDRA R. BROWN
Acting United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
CAROL A. CHEN (Cal. Bar No. 212720)
Deputy Chief, OCDETF Section
ELLEN E. LANSDEN (Cal. State Bar No. 274096)
Cyber & Intellectual Property Crimes Section
Assistant United States Attorneys
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2428/3176
    Facsimile: (213) 894-0142
    E-mail: carol.chen@usdoj.gov
           ellen.lansden@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JASON ROBERT CAREY,<br><br>    Defendant. | No. CR 14-648-CAS-13<br><br>[PROPOSED] ORDER RE: GOVERNMENT'S MOTION TO JOIN DEFENDANT JASON ROBERT CAREY FOR CO-DEFENDANT HARINDER SINGH'S SEPTEMBER 5, 2017, TRIAL |

    The Court has read and considered the government's motion to join defendant Jason Robert Carey for Co-Defendant Harinder Singh's September 5, 2017, trial.

    IT IS HEREBY ORDERED:

    That the government's motion be granted in part, denied in part, and that defendant Carey be joined for trial with co-defendant Harinder Singh, now reset for September 12, 2017, based on the in-court representations made by counsel for defendant, including regarding his discussion with Peter Johnson, counsel of record for

co-defendant H. Singh, the excludable time which exists for co-defendant H. Singh, and the oral waiver taken of defendant's Speedy Trial Act rights.

The government will separately prepare and file an excludable time stipulation and proposed order for the parties.

IT IS SO ORDERED.

August 2, 2017
DATE

HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

/s/
CAROL A. CHEN
Assistant United States Attorney